UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS CORONA,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>NEIL McDOWELL, Warden,<br><br>　　　　　　Respondent. | Case No. 5:17-cv-00413 AG (SHK)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the relevant records on file, the Report and Recommendation ("R&R") of the United States Magistrate Judge. The Court has engaged in de novo review of those portions of the R&R to which Petitioner has objected. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that the Petition be DENIED and that Judgment be entered dismissing this action with prejudice.

Dated: November 9, 2019

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　
HONORABLE ANDREW J. GUILFORD
United States District Judge