# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS CORONA, | Case No. 5:17-cv-00413 AG (SHK) |
| Petitioner, | |
| v. | **JUDGMENT** |
| NEIL McDOWELL, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is DISMISSED with prejudice.

Dated: November 9, 2019

HONORABLE ANDREW J. GUILFORD
United States District Judge